## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| 9557, LLC and RIVER WEST MEETING ASSOCIATES, INC., | ) ) ) | Honorable Amy J. St. Eve |
| Plaintiffs, | ) ) ) | Case No. 1:15-cv-10882 |
| vs. | ) ) | **JOINT STIPULATION** |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | ) ) ) | **OF DISMISSAL** |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their respective undersigned counsel, that an amicable settlement has been reached and that this action may be dismissed, with prejudice, with the Court to retain jurisdiction to enforce the terms of the settlement agreement. Each party to bear their own attorney's fees and costs.

Dated this 8th day of March, 2016.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/Christina M. Phillips | /s/ Thomas B. Orlando |
| Christina M. Phillips | Thomas B. Orlando |
| Childress Duffy, Ltd. | Foran Glennon |
| 500 N. Dearborn Street, Suite 1200 | 222 N. LaSalle Street, Suite 1400 |
| Chicago, IL 60654 | Chicago, Illinois 60601 |
| (312) 494-0200 | (312) 312-863-5010 |
| cphillips@childresslawyers.com | torlando@fgppr.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of March, 2016, a true and correct copy of the foregoing was delivered to the following counsel for Defendants, via EMECF.

Thomas Orlando
Foran Glennon
222 N. LaSalle Street
Suite 1400
Chicago, IL 60601
torlando@fgppr.com

        /s/Christina M. Phillips
        Christina M. Phillips, Esq.
        CHILDRESS DUFFY, LTD.
        500 North Dearborn Street, Suite 1200
        Chicago, Illinois 60654
        (312) 494-0200 telephone
        (312) 494-0202 facsimile
        cphillips@childresslawyers.com
        ***Attorneys for Plaintiff***